```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

LORENZO EDWARD BLAKELY,          :
                                 :
    Plaintiff,                   :
                                 :
vs.                              :     CIVIL ACTION 04-0633-BH-M
                                 :
RHODA CRISP, et al.,             :
                                 :
    Defendants.                  :

### JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** this 28th day of March, 2006.

                                                    s/ W. B. Hand
                                           SENIOR DISTRICT JUDGE